as already prescribed, with the foregoing additions thereto. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

EDWARD I. SMITH, Respondent, v. EFFA L. COLLINS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Appellant's rights may be fully protected upon an appeal from the order denying her motion to open her default and to serve an amended answer. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

HANNAH SULLIVAN, as Receiver of the Property, etc., of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defendant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion to consolidate appeals granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

GUSSIE WINTER, Respondent, v. ISRAEL A. LEVITT, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

MAY WISHNEW, Appellant, v. JOSEPH WISHNEW, Respondent. (Appeal No. 1.) — In view of the decision in Wishnew v. Wishnew [post, p. 769], decided herewith, the motion to dismiss appeal is dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MAY WISHNEW, Appellant, v. JOSEPH WISHNEW, Respondent. (Appeal No. 2.) — Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HENRY W. ALLEN, Respondent, v. MAURICE W. BACON, Appellant, and MONTIZONA COPPER COMPANY, Defendant.— Order denying motion of defendant Bacon to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

WILLIAM ANDERSON, Respondent, v. HARRIET SMITH GROSSMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANTLERS GOLF AND COUNTRY CLUB, INC., Respondent, v. KLOSK REALTY COMPANY, INC., and Others, Defendants. SOLOMON S. ZWERDLING and FRANK M. GORDON, Appellants.— Order, as resettled, granting plaintiff's motion for examination before trial and for production of documents, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

THE BANK OF AMERICA, Respondent, v. P. J. TIERNEY SONS, INC., Appellant, and Others, Defendants. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Scudder, JJ.

THE BANK OF AMERICA, Respondent, v. P. J. TIERNEY SONS, INC., Appellant, and Others, Defendants. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Scudder, JJ.

ALICE BEAVOR-WEBB, Appellant, v. VILLAGE OF SCARSDALE, Respondent.— Judgment dismissing complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.